460 A.2d 855

Commonwealth v. Biddy, Appellant.

612

Before CERCONE, P.J., JOHNSON and MONTEMURO, JJ.

The judgment of sentence of the lower court is affirmed.